IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH ANN WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:15cv402-CSC |
| | ) (WO) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security,[1] | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM OPINION AND ORDER**

On June 8, 2015, the plaintiff filed suit in this court pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision by the Commissioner of Social Security denying her disability benefits. On June 11, 2015, the court entered a scheduling order directing the plaintiff to file a brief within forty (40) days after the defendant filed her answer. *See* Doc. # 3. Pursuant to 28 U.S.C. § 636(c)(1) and M.D. Ala. LR 73.1, the parties have consented to the United States Magistrate Judge conducting all proceedings in this case and ordering the entry of final judgment.

Pursuant to the court's scheduling order (doc. # 3), the defendant filed an answer on September 11, 2015. *See* Doc. # 11. The plaintiff's brief was due on October 21, 2015. To date, the plaintiff has not filed a brief. On April 29, 2016, the court entered an order requiring the plaintiff to show cause why this case should not be dismissed for want of

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013

prosecution for failing to file a brief in accordance with the court's previous orders. *See* Doc. # 12. The plaintiff has filed nothing in response to the order of the court. The plaintiff has failed to comply with the orders of this court and has failed to show cause for her noncompliance. The court therefore concludes that the plaintiff no longer wishes to prosecute this case.

Accordingly, it is

ORDERED AND ADJUDGED that this case be and is hereby DISMISSED because of the plaintiff's failure to comply with the orders of this court and failure to prosecute this action.

It is further

ORDERED that the costs of this proceeding be and are hereby taxed against the plaintiff.

Done this the 16th day of May, 2016.

        /s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE